

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Baylor County Special Utility District,

\* From the 50th District Court
of Knox County,
Trial Court No. 10378.

Vs. No. 11-24-00071-CV

\* January 30, 2025

City of Seymour, Texas,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we affirm the trial court's order to the extent that it dismisses Seymour's "'Fifth Cause of Action' seeking declaratory and injunctive relief." We reverse the trial court's order to the extent that it dismisses Seymour's claim for attorney's fees. We affirm in part that portion of the trial court's order that denies Baylor's plea to the jurisdiction on Seymour's claim for breach of the requirements contract, but we reverse the order in part and remand this cause to the trial court for further proceedings consistent with this opinion with instructions to (1) narrowly tailor its order to exclude any damage claim for which there is no statutory waiver of immunity and (2) provide Seymour an opportunity to amend its pleadings to specify the damages it asserts that are not barred by statutory immunity, if any. The costs incurred by reason of this appeal are taxed against the party incurring same.